Florence V. Cowdery, et al., Appellants, v. Stockton Mortgage Company, Appellee.

*Edwards & Cutts,* for Appellant.

*Bradford G. Williams,* for Appellee.

The State of Florida, Appellant, v. Town of Ormond, Appellee.

*Murray Sams,* State Attorney, for Appellant;

*F. P. Whitehair* and *Hull, Landis & Whitehair,* for Appellee.

The State of Florida, Appellant, v. Town of Ormond, Appellee.

*Murray Sams,* State Attorney, for Appellant;

*F. P. Whitehair* and *Hull, Landis & Whitehair,* for Appellee.